

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2021

No. 04-21-00102-CR

**EX PARTE** Hector **REYES**

Original Proceeding[1]

### ORDER

Relator's petition for writ of habeas corpus is DISMISSED.

It is so **ORDERED** on March 31, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of March, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2019CR3789, styled *State of Texas v. Hector Reyes*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.